# UNITED STATES DISTRICT COURT

for the

**EASTERN DISTRICT OF MICHIGAN**

AIMEE SWORD

Petitioner

v.

MILLICENT WARREN

Respondent

**ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS AND/OR REQUEST FOR SERVICE OF PROCESS**

Case No. 14-10610

Judge Avern Cohn

Having considered the application to proceed *in forma pauperis*;

IT IS ORDERED that the application is:

☐ **GRANTED** and the Clerk is directed to issue summons and process this case for service.

☐ **IT IS FURTHER ORDERED** that Plaintiff's request for service is **GRANTED** and the U.S. Marshal is directed to serve a copy of the complaint, summons and this order upon each defendant named in the complaint.

☐ **IT IS FURTHER ORDERED** that the U.S. Marshal shall effect service without prepayment of the usual costs for such service.

☑ **DENIED**, for the following reasons:

If denied the plaintiff is directed to pay the filing fee by ________________________. Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

s/Avern Cohn
Avern Cohn
U.S. District Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic means and/or first class mail.

Dated: February 19, 2014

s/Sakne Chami
Case Manager/DeputyClerk