UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIMEE SWORD,

Petitioner,

Case No. 14-10610

v.

HONORABLE AVERN COHN

MILLICENT WARREN,

Respondent.
______________________________/

**JUDGMENT**

For the reasons stated in the Order entered and filed on February 19, 2014, judgment is entered in favor of the respondent and the case is DISMISSED.

DAVID WEAVER

Dated: February 19, 2014

By: s/Sakne Chami
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 19, 2014, by electronic and/or ordinary mail.

S/Sakne Chami
Case Manager, (313) 234-5160